UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
) Case No. 19bk21647
IMRAN A ZIA, )
) Chapter 7
Debtor. )
). Honorable Timothy A. Barnes

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO SUGAR FELSENTHAL GRAIS & HELSINGER LLP, ATTORNEYS FOR
TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES

TOTAL FEES REQUESTED:   $ 9,055.00     TOTAL COSTS REQUESTED:   $ 40.80
TOTAL FEES REDUCED:     $ 293.50       TOTAL COSTS REDUCED:     $ 0.00
TOTAL FEES ALLOWED:     $ 8,761.50     TOTAL COSTS ALLOWED:     $ 40.80

TOTAL FEES AND COSTS ALLOWED: $ 8,802.30

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)   Trustee Work Can Not Be Compensated As Professional Services – TOTAL of disallowed amounts: $ 274.00

"The Trustee cannot effectively expand the maximum limits of Section 326(a) by hiring other people to perform his duties for him, whether they are paralegals, attorneys, accountants or other professional persons, and utilize the potentially unlimited scope of Section 330 as a basis for award of reasonable compensation." *Boldt v. United States Trustee (In re Jenkins),* 130 F.3d 1335, 1341 (9th Cir. 1997) (*quoting In re Prairie Cent. Ry. Co.,* 87 B.R. 952, 959 (Bankr. N.D. Ill. 1988) (Squires, J.)).

In this case, whenever the trustee meets with counsel, the Trustee is deemed to be acting in his capacity as trustee and seeking the advice of counsel.

(2)   Computational or Typographical Error – TOTAL of disallowed amounts: $ 19.50

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries for the same meeting, but one counsel charges a larger time entry for the same meeting, the court will consider the larger entry to be a typographical error and reduce it to the smaller amount.

Dated: 11.10.2020

Timothy A. Barnes
United States Bankruptcy Judge

SUGAR FELSENTHAL GRAIS & HELSINGER LLP
30 N. LaSalle Street
Suite 3000
Chicago, IL 60602
(312)704-9400

**EXHIBIT A-1**

Zia, Imran
c/o Norman B. Newman
30 N LaSalle St, Ste 3000
Chicago IL 60602

Page: 1
09/15/2020
Account No:    10708-000
Statement No:    264018

General Administrative

### Fees

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 10/28/2019 | HB | Review and compile auditor's report of material misstatement. | 320.00 | 0.10 | 32.00 |
| 11/04/2019 | NBN | Review Audit Report regarding income information (.20); telephone call with Debtor's attorney regarding explanation and regarding possible offer for interest in real estate (.30). | 685.00 | 0.50 | 342.50 |
| 11/05/2019 | NBN | Telephone call with D. DeLaurent regarding Audit Report and affidavits submitted by Debtor's attorney regarding expenses. | 685.00 | 0.20 | 137.00 |
| 11/19/2019 | HB | Review and compile discharge order. | 320.00 | 0.10 | 32.00 |
| 12/02/2019 | NBN | Telephone call with attorney for LOMTO FCU regarding pending litigation vs. Blue Ribbon Tax (.30); review documents regarding pending litigation (.40). | 685.00 | 0.70 | 479.50 |
| 12/09/2019 | HB | Review and compile amended schedules I,J,with declaration. | 320.00 | 0.10 | 32.00 |
| | | For Current Services Rendered | | 1.70 | 1,055.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Holly Bonamer | 0.30 | $320.00 | $96.00 |
| Norman B. Newman | 1.40 | 685.00 | 959.00 |

### Expenses

| Date | Description | Amount |
|---|---|---:|
| 02/29/2020 | Photocopy Charges | 40.80 |
| | Total Expenses | 40.80 |
| | Total Current Work | 1,095.80 |
| | Balance Due | $1,095.80 |

Billing History

| Fees | Expenses | Finance Charge | Payments |
|---:|---:|---:|---:|
| 1,055.00 | 40.80 | 0.00 | 0.00 |

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle Street
Suite 3000
Chicago, IL 60602
(312)704-9400

**EXHIBIT A-2**

Zia, Imran
c/o Norman B. Newman
30 N LaSalle St, Ste 3000
Chicago IL 60602

Page: 1
09/15/2020
Account No: 10708-001
Statement No: 264019

Retention of Professionals

Fees

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/14/2019 | NBN | Prepare motion, notice and order to employ attorneys. | 685.00 | 0.40 | 274.00 |
| 10/17/2019 | NBN | Prepare motion to employ counsel. | 685.00 | 0.40 | 274.00 |
| 10/30/2019 | MAB | Imran A. Zia: Prepare for and participate in hearing to retain counsel (0.8). | | 0.80 | N/C |
| 10/31/2019 | HB | Review and compile order granting application to employ Michael A Brandess for Norman B Newman. | 320.00 | 0.10 | 32.00 |
| 11/01/2019 | MAB | Telephone conference with Denise DeLaurent regarding auditor report (0.3); e-mail correspondence with Norman Newman regarding same (0.2). | 575.00 | 0.50 | 287.50 |

For Current Services Rendered    1.40    867.50
Total Non-billable Hours    0.80

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Michael A. Brandess | 0.50 | $575.00 | $287.50 |
| Holly Bonamer | 0.10 | 320.00 | 32.00 |
| Norman B. Newman | 0.80 | 685.00 | 548.00 |

Total Current Work    867.50

Balance Due    $867.50

Billing History

| Fees | Expenses | Finance Charge | Payments |
|---|---|---|---|
| 867.50 | 0.00 | 0.00 | 0.00 |

NBN

FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH "PAY MY BILL" LINK AT WWW.SFGH.COM
AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle Street
Suite 3000
Chicago, IL 60602
(312) 704-9400

EXHIBIT A-3

Zia, Imran
c/o Norman B. Newman
30 N LaSalle St, Ste 3000
Chicago IL 60602

Page: 1
09/15/2020
Account No: 10708-002
Statement No: 264020

Disposition of Assets

Fees

| Date | Atty | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 10/03/2019 (1) Trustee Work | NBN | Telephone call with J. Sherpan regarding Zia real estate title and review Zia title search (.40). | 685.00 | 0.40 | 274.00 |
| | JLS | Imran Zia: e-mail correspondence from Norm Newman requesting info on title vesting for 2115 Busse Hwy, Des Plaines, IL both current and at time of purchase, search Cook County Property Portal, Assessor, and Recorder sites for info and documents, review and discuss same with Norm Newman | 265.00 | 0.50 | 132.50 |
| 10/14/2019 | NBN | Review real estate title search and conveyance documents regarding possible fraudulent conveyance action (.40); telephone call with Debtor's attorney regarding same (.20). | 685.00 | 0.60 | 411.00 |
| 11/27/2019 | MAB | Multiple telephone conferences and e-mail correspondence with Gus Sparagis regarding potential claims (0.4); telephone conference and e-mail correspondence with Norman Newman regarding same (0.3). | 575.00 | 0.70 | 402.50 |
| 12/09/2019 | NBN | Review real estate market analysis and correspondence with Debtor's attorney regarding possible offer on avoidance claim. | 685.00 | 0.40 | 274.00 |
| 01/14/2020 | NBN | Telephone call with C. Majerski regarding $15,000 offer for interest in real estate. | 685.00 | 0.20 | 137.00 |
| 01/21/2020 | JRO | Strategy conference with Norm Newman regarding 9019 motion (0.1). | 535.00 | 0.10 | 53.50 |
| 01/22/2020 (2) Typo | KHF | Strategic meeting with Jack O'Connor on drafting a 9019 motion | 195.00 | 0.20 | 39.00 |
| | JRO | Strategy conference with Kyle Fleck regarding 9019 motion drafting (0.1). | 535.00 | 0.10 | 53.50 |
| 01/29/2020 | KHF | Draft Motion to Approve Settlement under Fed. R. Bankr. P. 9019 | 195.00 | 2.50 | 487.50 |
| | JRO | Email correspondence with Norm Newman regarding status of motion to approve settlement agreement (0.1); email correspondence with Kyle Fleck regarding same (0.2). | 535.00 | 0.30 | 160.50 |
| 01/30/2020 | JRO | Strategy conferences with Kyle Fleck regarding 9019 motion and | | | |

Case 19-21647  Doc 36  Filed 11/10/20  Entered 11/10/20 14:09:36  Desc Main
Document  Page 5 of 7

Zia, Imran

Page: 2
09/15/2020
Account No: 10708-002
Statement No: 264020

Disposition of Assets

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | outstanding issues for drafting (0.4); email correspondence from Kyle Fleck regarding same (0.1). | 535.00 | 0.50 | 267.50 |
| | KHF | Draft motion to approve settlement under Bankruptcy Rule 9019; including conference with Jack O'Connor on the motion | 195.00 | 3.00 | 585.00 |
| 02/07/2020 | JRO | Continue revising 9019 motion to approve settlement with debtor (1.3); email correspondence with Norm Newman regarding same (0.3). | 535.00 | 1.80 | 963.00 |
| 02/11/2020 | JRO | Strategy conference with Kyle Fleck regarding comments to 9019 motion (0.2). | 535.00 | 0.20 | 107.00 |
| 02/13/2020 | NBN | Review latest draft of motion to settle claim to real estate. | 700.00 | 0.30 | 210.00 |
| 02/14/2020 | JRO | Revise motion to approve settlement per Norm Newman comments (0.3); draft proposed order for same (0.2); email correspondence to Norm Newman regarding same for final review (0.1). | 535.00 | 0.60 | 321.00 |
| | JRO | Email correspondence from Norm regarding 9019 motion (0.1). | 535.00 | 0.10 | 53.50 |
| 02/17/2020 | NBN | Finalize motion to settle claim vs. real estate (0.4). | 700.00 | 0.40 | 280.00 |
| | JRO | Strategy conference with Norm Newman regarding comments to 9019 motion (0.1); conferences with internal working group regarding finalizing and filing same (0.2). | 535.00 | 0.30 | 160.50 |
| | JRO | Email correspondence with Nancy Sulak regarding service of 9019 motion (0.1). | 535.00 | 0.10 | 53.50 |
| 02/18/2020 | HB | Review and compile trustee's motion to approve settlement under Bankruptcy Rule 9019 with exhibit and proposed order. | 320.00 | 0.20 | 64.00 |
| 03/11/2020 | JRO | Prepare for (0.4) and attend (0.7) hearing on motion to approve settlement with debtor and spouse; email correspondence to Norm Newman regarding outcome of same (0.1). | 535.00 | 1.20 | 642.00 |
| 03/12/2020 | JRO | Review order approving settlement (0.1); email correspondence with Norm Newman regarding same (0.2). | 535.00 | 0.30 | 160.50 |
| | | For Current Services Rendered | | 15.00 | 6,292.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Michael A. Brandess | 0.70 | $575.00 | $402.50 |
| Jennifer L. Sherpan | 0.50 | 265.00 | 132.50 |
| Holly Bonamer | 0.20 | 320.00 | 64.00 |
| John R. O'Connor | 5.60 | 535.00 | 2,996.00 |
| Kyle H Fleck | 5.70 | 195.00 | 1,111.50 |
| Norman B. Newman | 1.60 | 685.00 | 1,096.00 |
| Norman B. Newman | 0.70 | 700.00 | 490.00 |

Total Current Work  6,292.50

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle Street
Suite 3000
Chicago, IL 60602
(312)704-9400

EXHIBIT
**A-4**

Zia, Imran
c/o Norman B. Newman
30 N LaSalle St, Ste 3000
Chicago IL 60602

Page: 1
09/15/2020
Account No: 10708-003
Statement No: 264021

Claims

Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 03/27/2020 | NBN | Review secured claim filed by Pen Fed (.2). | 700.00 | 0.20 | 140.00 |
| 08/20/2020 | NBN | Review Pentagon Federal Credit Union secured claim and correspondence with attorney regarding allowance as unsecured for distribution purposes. | 700.00 | 0.30 | 210.00 |
| 08/24/2020 | NBN | Correspondence with attorney for Pentagon Federal Credit Union re: claim allowed as unsecured for distribution (.3). | 700.00 | 0.30 | 210.00 |
| | | For Current Services Rendered | | 0.80 | 560.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | 0.80 | $700.00 | $560.00 |

Total Current Work                          560.00

Balance Due                                 $560.00

Billing History

| Fees | Expenses | Finance Charge | Payments |
|---|---|---|---|
| 560.00 | 0.00 | 0.00 | 0.00 |

NBN

**FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH
"PAY MY BILL" LINK AT WWW.SFGH.COM
AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD
PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE**

SUGAR FELSENTHAL GRAIS & HELSINGER LLP
30 N. LaSalle Street
Suite 3000
Chicago, IL 60602
(312)704-9400

EXHIBIT A-5

Zia, Imran
c/o Norman B. Newman
30 N LaSalle St, Ste 3000
Chicago IL 60602

Page: 1
09/15/2020
Account No: 10708-006
Statement No: 264023

Fees

Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 09/15/2020 | NBN | Prepare final fee application (0.4). | 700.00 | 0.40 | 280.00 |
| | | For Current Services Rendered | | 0.40 | 280.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | 0.40 | $700.00 | $280.00 |

Total Current Work                                                                                    280.00

Balance Due                                                                                           $280.00

Billing History

| Fees | Expenses | Finance Charge | Payments |
|---|---|---|---|
| 280.00 | 0.00 | 0.00 | 0.00 |

NBN

**FOR YOUR CONVENIENCE, PLEASE PAY THIS INVOICE ONLINE THROUGH
"PAY MY BILL" LINK AT WWW.SFGH.COM
AS A COURTESY, WE WILL CREDIT BACK ANY CREDIT CARD
PROCESSING FEE YOU INCUR, ON YOUR NEXT INVOICE**